No. 51394.—Protest 106439–K of Denton's, Inc. (Cleveland).

Opinion by Tilson, J. At the first hearing the appraiser of merchandise testified that the instant merchandise was in part of flouncings. However, the record established that the involved merchandise is not in any part of either tuckings or flouncings, but that it consists of cotton wearing apparel. On the record presented it was held that the merchandise described on the invoice as "120 Short Cotton Skirts" is properly dutiable at 37½ percent under paragraph 919 as claimed.

No. 51395.—Protests 503765–G, etc., of Julius Kayser & Co. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.